IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 14-cv-00772-RPM

JAYANTKUMAR PATEL

    Plaintiff,

v.

AMCO INSURANCE COMPANY

    Defendant.

_____

ORDER DENYING MOTION FOR REMAND
_____

Upon consideration of the Plaintiff's Motion for Remand, filed March 26, 2014 [11], it is

ORDERED that the motion is denied.

DATED: April 16th, 2014

                                                      BY THE COURT:

                                                      s/Richard P. Matsch
                                                      _____
                                                      Richard P. Matsch, Senior District Judge