IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 14-cv-00772-RPM

JAYANTKUMAR PATEL

    Plaintiff,

v.

AMCO INSURANCE COMPANY

    Defendant.

_____

ORDER DISMISSING CLAIMS V AND VI
_____

    Upon consideration of the defendant's partial motion to dismiss [12] and the plaintiff's response [14], it is

    ORDERED that the claims for the tort of outrageous conduct and the Demand for Order Directing Arbitration, identified in the complaint as V and VI are dismissed pursuant to Fed.R.Civ.P. 12(b)(6).

    DATED: April 16th, 2014

                                            BY THE COURT:

                                            s/Richard P. Matsch
                                            _____
                                            Richard P. Matsch, Senior District Judge