IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 14-cv-00772-RPM

JAYANTKUMAR PATEL

      Plaintiff,

v.

AMCO INSURANCE COMPANY

      Defendant.

_____

## ORDER OF DISMISSAL
_____

Pursuant to the Stipulation for Dismissal with Prejudice [26] filed today, it is

ORDERED that this action is dismissed with prejudice.

DATED:   August 26th, 2014

                        BY THE COURT:

                        s/Richard P. Matsch

                        _____

                        Richard P. Matsch, Senior Judge